# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Riverport Insurance Company, a Minnesota corporation, | Case No. 2:15-CV-00704-DLR |
| Plaintiff, | **(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO STAY THE PROCEEDINGS OR, IN THE ALTERNATIVE, TO DISMISS THE ACTION** |
| vs. | |
| Horizon Human Services, Inc., an Arizona corporation, | |
| Defendant. | |

Having reviewed Defendant's Motion to Stay the Proceedings or, in the Alternative, to Dismiss the Action, and good cause appearing

IT IS ORDERED granting Defendant's Motion to Stay the Proceedings or, in the Alternative, to Dismiss the Action.

IT IS FURTHER ORDERED that:

_____ all further proceeding in this action are stayed pending the resolution of the underlying action, *Eiden, et. al. v. State of Arizona, et. al.*, Case No. CV2014-012023.

_____ the above-captioned case is hereby dismissed with prejudice.

50959445.1